**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-1834EM

———————

| | | |
|---|---|---|
| John W. C. Moll, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| City of Arnold, a third class city in the | * | |
| State of Missouri; Alfred M. Ems, | * | |
| individually, and as former Mayor of the | * | Appeal from the United States |
| City of Arnold; Billie Jo Nelson, | * | District Court for the Eastern |
| individually, and as the Chief of Police | * | District of Missouri. |
| of the City of Arnold; Eric Knoll, | * | |
| individually, and as the City | * | [UNPUBLISHED] |
| Administrator for the City of Arnold; | * | |
| Arnold City Council, consisting of: | * | |
| Robert D. Lindsley, Michael W. Wright, | * | |
| Lavaughn King, Phillis Roberts, Vernon | * | |
| L. Sullivan, Ronald Voss, Glennon J. | * | |
| Portell, Trudy Marshall; Marion Becker, | * | |
| City Clerk for the City of Arnold, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: November 21, 1997
Filed: November 26, 1997

———————

Before FAGG and HANSEN, Circuit Judges, and PIERSOL,[*] District Judge.
_____

PER CURIAM.

John W. C. Moll appeals the district court's grant of summary judgment in Moll's 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions, we conclude the magistrate judge's decision was correct and an extended discussion on our part is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[*]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.